**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Lowrey, | No. CV-20-00135-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Poly Print Incorporated, et al., | |
| Defendants. | |

Pursuant to the parties' Joint Stipulation to Dismiss Case with Prejudice and good cause appearing,

**IT IS ORDERED** that, pursuant to the Joint Stipulation (Doc. 34) case is dismissed with prejudice, each side to bear their own respective attorneys' fees and costs.

Dated this 7th day of July, 2021.

Honorable David C. Bury
United States District Judge